# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Gregory M. Strong, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 24-CV-12749-AK |
| v. ) | |
| ) | |
| City of Boston, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order [Dkt. 10] entered on 1/7/2025 it is hereby

**ORDERED** that the above-entitled action be, and hereby is, **DISMISSED**.

Dated: 1/7/2025                                                By the Court,

/s/ Courtney Horvath
Deputy Clerk